UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.
05 MAY 10 PM 1:32
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| TIJUANA BOSWELL, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| IKON OFFICE SOLUTIONS, | CASE NO: 04-3028-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on May 9, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

May 10, 2005
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-16-05



Case 2:04-cv-03028-JDB-tmp   Document 5   Filed 05/10/05   Page 2 of 2    PageID 9

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:04-CV-03028 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Tijuana Boswell
P.O. Box 820173
Memphis, TN 38182--017

Honorable J. Breen
US DISTRICT COURT