IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| TIJUANA BOSWELL, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 04-3028-B/P |
| IKON OFFICE SOLUTIONS, | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Plaintiff Tijuana Boswell filed a _pro se_ complaint pursuant to the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e _et seq._, on December 20, 2004, along with a motion seeking leave to proceed _in forma pauperis_. Because the plaintiff's motion to proceed _in forma pauperis_ contained no information concerning her monthly income, assets, and financial obligations, the Court issued an order on March 29, 2005 denying leave to proceed _in forma pauperis_ and directing the plaintiff to pay the $150 civil filing fee within thirty days. The order further provided that "[f]ailure to timely comply with this order will result in dismissal of this action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute." 03/29/05 Order at 2.

The plaintiff has not paid the civil filing fee, and the time set in the March 29, 2005 order has expired. Accordingly, the

Document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05



Court DISMISSES this action without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 19R day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-03028 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Tijuana Boswell
P.O. Box 820173
Memphis, TN 38182--017

Honorable J. Breen
US DISTRICT COURT