# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 31 PM 3: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W. D. OF TN. MEMPHIS

---

**TIJUANA BOSWELL**            **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

v.

**IKON OFFICE SOLUTIONS,**            **CASE NO: 04-3028-B**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on May 20, 2005, this cause is hereby dismissed without prejudice.


~~AP~~PROVED:

*(signature)*

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

5/31/05
Date

**ROBERT R. DI TROLIO**

Clerk of Court

*(signature)*

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-03028 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Tijuana Boswell
P.O. Box 820173
Memphis, TN 38182--017

Honorable J. Breen
US DISTRICT COURT